ORIGINAL

Eric J. Olson #37630
EJOlsonLaw
301 E. Colorado Blvd, Ste 520
Pasadena, CA 91101
Tel: 818 245 2246
Cell: 626 224 5619

Email: eric@EJOlsonLaw.com

FILED
JUN 2 2 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

Attorney for Debtor/Defendant Les Klein

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>LESLIE KLEIN, Debtor<br>_____<br><br>ADI VENDRIGER, Co-trustee and beneficiary of the First Amendment Trust Wendriger Family dated May 7, 1990<br><br>Plaintiff<br>v.<br><br>LESLIE KLEIN<br><br>Defendant | Case No. 2:23-bk-10990-SK<br><br>Hon. Sandra Klein<br><br>Ch 11<br><br>AP no. 2:23-ap-001151<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY, ETC. |

IT IS STIPULATED BETWEEN PLAINTIFFS AND DEFENDANT that the time for Defendant to respond to Plaintiffs' Complaint for Non-Dischargeability, may be extended 30 days from June 12, 2023 to July 12, 2023.

Recitals

1. The within case was originally filed February 22, 2023

2. Plaintiffs filed their Complaint for Non-Dischargeability so that a response would be due 6/12/23

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY, ETC.

1

3. The Court on 5/17/23 ordered that a Chapter 11 Trustee be appointed; Said Trustee has appointed his own attorneys.
4. Defendant's prior bankruptcy counsel substituted out of the case 5/23/23. Defendant has requested such extension to enable him to engage Bankruptcy counsel.
5. Trustee's counsel has advised that he has no objection to this stipulation.
6. There have been no prior extensions.

_____

Brett J. Wasserman, Attorney for Plaintiff    June 16, 2023

_____

Eric J. Olson, Attorney for Defendant    June 22, 2023

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY,ETC             "2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

301 E. Colorado Blvd, Ste 520, Pasadena, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO EXTEND TIME TO RESPOND
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra Klein 255 E. Temple St, Cttrm 1575, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _6/14/2023___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Jeffrey P. Nolan jnolan@pszjlaw.com (attorney for Trustee)
Brett Wasserman wasserman@smcounsel (attorney for Plaintiff)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/20/2023 | Eric Olson | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE