United States Bankruptcy Court

Central District of California

Vendriger,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01151-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jun 23, 2023      Form ID: pdf031      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brett Wasserman, Shumaker Mallory, LLP, 280 S. Beverly Dr., Ste. 505, Beverly Hills, CA 90212-3908 |
| aty | + | Eric J. Olson, EJOlson Law, 301 E. Colorado Blvd., Ste. 520, Pasadena, CA 91101-1919 |
| pla | | Adi Vendriger, 8 Beit Zuri Eliahu St., Tel Aviv, 6912208, ISRAEL |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Adi Vendriger |
| intp | | Courtesy NEF |
| pla | * | Adi Vendriger, 8 Beit Zuri Eliahu Street, Tel Aviv, 6912208, ISRAEL |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:

**Name**      **Email Address**

Clarisse Young
    on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 23, 2023 | Form ID: pdf031 | Total Noticed: 4 |

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

ORIGINAL

Eric J. Olson #37630
EJOlsonLaw
301 E. Colorado Blvd, Ste 520
Pasadena, CA 91101
Tel: 818 245 2246
Cell: 626 224 5619

Email: eric@EJOlsonLaw.com

FILED JUN 23 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

ENTERED JUN 23 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

LODGED JUN 22 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

Attorney for Debtor/Defendant Les Klein

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In Re

LESLIE KLEIN, Debtor

ADI VENDRIGER, Co-trustee and beneficiary of the First Amendment Trust Wendriger Family dated May 7, 1990

Plaintiff

v.

LESLIE KLEIN

Defendant

Case No. 2:23-bk-10990-SK

Hon. Sandra Klein

Ch 11

AP no. 2:23-ap-001151

[proposed] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY, ETC.

ORDER

The Parties having stipulated thereto and good cause appearing, it is ordered that the time for Defendant to respond to Plaintiffs' Complaint for Nondischargeability is extended to July 12, 2023.

*Sandra R. Klein*     Date: 6-23-23

Sandra Klein, Bankruptcy Judge

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR NONDISCHARGEABILITY, ETC      1