# United States Bankruptcy Court
# Central District of California

### 255 East Temple Street, Los Angeles, CA 90012

| | |
|---|---|
| In re:<br>Leslie Klein<br><br><br>                                        Debtor(s). | BANKRUPTCY CASE NO.:  2:23–bk–10990–SK |
| Adi Vendriger<br><br>**(See Attachment A for names of additional plaintiffs)**<br>                                        Plaintiff(s)<br>                   Versus<br>Leslie Klein<br><br><br>                                        Defendant(s) | CHAPTER NO.:  11<br><br>ADVERSARY NO.:  2:23–ap–01151–SK |

## NOTICE THAT DEFAULT HAS NOT BEEN ENTERED BY THE CLERK
## UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>July 20, 2023</u>, a request was filed for the clerk to enter default against defendant(s) **<u>Leslie Klein</u>**.

After reviewing the request against the complaint filed and summons issued by the court, a default will NOT be entered due to the following reasons:

☐    The name of the defendant listed on the request does not match the complaint.

☐    The defendant's and or attorney's address listed on the Proof of Service does not match the complaint.

☐    The complaint file date listed on the request does not match the docket.

☐    A conformed copy of the executed Service of Summons form is not attached.

☐    The request is premature as the time for filing an answer or other responsive pleading has not expired.

☐    The summons has expired.

☐    An answer or other responsive pleading has been filed.

☑    The declaration required under Local Bankruptcy Rule 7055–1(a) is not attached.

☐    There is no Proof of Service of the request on the defaulting party.

☑    The Proof of Service and copy of the Summons is not attached to the request.

☐    A motion to (1) dismiss the Complaint or (2) for summary judgment has been filed by the defendant.

\*Attached copy of executed summons requires the proof of
service (see dkt. entry no 4)

                                        For the Court,

                                        **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: July 21, 2023

                                        **By: <u>Thais D. May</u>**
                                           **Deputy Clerk**

(Form van193–ncned VAN–193) Rev. 12/2014                                        **18 – 16 / TM**

# ATTACHMENT A
Names of plaintiffs and defendants

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| Adi Vendriger<br>Adi Vendriger<br>Adi Vendriger | Leslie Klein |

(Form van193–nched VAN–193) Rev. 12/2014

# ATTACHMENT A