United States Bankruptcy Court

Central District of California

Vendriger,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01151-SK

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: van193 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Brett Wasserman, Shumaker Mallory, LLP, 280 S. Beverly Dr., Ste. 505, Beverly Hills, CA 90212-3908 |
| aty | + Eric J. Olson, EJOlson Law, 301 E. Colorado Blvd., Ste. 520, Pasadena, CA 91101-1919 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2023    Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com  cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Nikko Salvatore Stevens | on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

**United States Bankruptcy Court**
**Central District of California**

**255 East Temple Street, Los Angeles, CA 90012**

| | |
|---|---|
| In re:<br>Leslie Klein<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 2:23–bk–10990–SK |
| Adi Vendriger<br><br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br>Versus<br>Leslie Klein<br><br>Defendant(s) | CHAPTER NO.: 11<br><br>ADVERSARY NO.: 2:23–ap–01151–SK |

# NOTICE THAT DEFAULT HAS NOT BEEN ENTERED BY THE CLERK
# UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>July 20, 2023</u>, a request was filed for the clerk to enter default against defendant(s) **<u>Leslie Klein</u>**.

After reviewing the request against the complaint filed and summons issued by the court, a default will NOT be entered due to the following reasons:

- ☐ The name of the defendant listed on the request does not match the complaint.
- ☐ The defendant's and or attorney's address listed on the Proof of Service does not match the complaint.
- ☐ The complaint file date listed on the request does not match the docket.
- ☐ A conformed copy of the executed Service of Summons form is not attached.
- ☐ The request is premature as the time for filing an answer or other responsive pleading has not expired.
- ☐ The summons has expired.
- ☐ An answer or other responsive pleading has been filed.
- ☑ The declaration required under Local Bankruptcy Rule 7055–1(a) is not attached.
- ☐ There is no Proof of Service of the request on the defaulting party.
- ☑ The Proof of Service and copy of the Summons is not attached to the request.
- ☐ A motion to (1) dismiss the Complaint or (2) for summary judgment has been filed by the defendant.

*Attached copy of executed summons requires the proof of service (see dkt. entry no 4)

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: July 21, 2023

By: <u>Thais D. May</u>
   **Deputy Clerk**

(Form van193–ncned VAN–193) Rev. 12/2014                                                                                     **18 – 16 / TM**

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Adi Vendriger<br>Adi Vendriger<br>Adi Vendriger | Leslie Klein |

(Form van193–nched VAN–193) Rev. 12/2014

## ATTACHMENT A