Michael S. Kogan (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954.1690
mkogan@koganlawfirm.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor.<br>_____<br><br>ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990,<br><br>    Plaintiff,<br><br>    v.<br><br>LESLIE KLEIN,<br><br>    Defendant. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. No. 2:23-ap-01151-SK<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br><u>Present Status Conference Date:</u><br>Date:    August 9, 2023<br>Time:    9:00 a.m.<br>Place:    Courtroom 1575<br><br><u>Requested Status Conference Date:</u><br>Date:    September 6, 2023<br>Time:    9:00 a.m.<br>Place:    Courtroom 1575 |

This Stipulation to Continue Status Conference is entered into by Plaintiff, Adi Vendriger, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990 (the "**Plaintiff**"), and Defendant, Leslie Klein ("**Klein**" or "**Defendant**", and together with Plaintiff, the "**Parties**"), through their respective attorneys, with reference to the following facts:

    A.  On May 11, 2023, Plaintiff, Adi Vendriger, Co-Trustee and beneficiary of the First

Amendment Trust Wendriger Family Dated May 7, 1990 filed the Complaint for Determination of Nondischargeability of Debts and to Deny Discharge ("**Complaint**") against the Defendant, Leslie Klein [Doc #1].

B. On May 12, 2023, the Court's Summons & Notice of Status Conference ("**Summons**") [Doc #2] set June 12, 2023 as the Defendant's deadline to respond to the Complaint, and a status conference on the matter for August 9, 2023 at 9:00 a.m. (the "**Status Conference**").

C. On June 8, 2023, Klein's then counsel Eric Olson ("**Olson**"), who had just been recently on May 23, 2023, substituted in as counsel for Klein (Doc #150) requested a 30-day extension to respond to the Complaint, and represented that the Defendant needed time to retain experienced bankruptcy counsel for the adversary proceeding.

D. On June 22, 2023, the parties executed and signed a Stipulation to Extend Time to Respond to the Complaint. [Doc #8]

E. On June 23, 2023, the Court signed the Order on Stipulation to Extend Time to Respond to the Complaint, continuing Defendant's response date to July 12, 2023. [Doc #11].

F. On July 17, 2023, Plaintiff's counsel contacted Olson with a professional courtesy notice of Plaintiffs' intention to pursue a default against the Defendant. Olson responded that Klein was in the process of retaining new counsel to defend in the adversary proceeding, and requested a further continuance to respond to the Complaint to August 15, 2023, to enable new counsel to familiarize himself with this adversary proceeding and the other pending adversary proceedings, and the bankruptcy case in general. Plaintiff's counsel indicated a further continuance would be acceptable provided Defendant's new counsel made an appearance or filed an application to be employed no later than July 19, 2023. On July 19, 2023, Olson provided Defendant's new counsel's name.

G. On July 21, 2023, Plaintiff proceeded to file its Request for the Clerk to Enter Default Pursuant to LBR 7055 (a)(1) (Doc #20) (the "**Request for Default**"). The clerk entered the default on the Request for Default on July 21, 2023 (Doc #22).

H. In connection with the Complaint, the Plaintiff is satisfied that the Defendant has hired experienced competent bankruptcy counsel (Michael Kogan of the Kogan Law Firm, APC – who

1 | has substituted in on July 24, 2023) who is familiar with both the issues in this adversary
2 | proceeding and the rules and procedures of this Court to enable the adversary proceeding to
3 | proceed in a normal manner.
4 |     I. Primary counsel for the Plaintiff is unavailable until the week of July 31, 2023, to discuss
5 | the vacation of the default and an appropriate time to respond to the Complaint with Defendants
6 | new counsel.
7 |     J. Therefore, the Parties have agreed to continue the Status Conference to September 6, 2023
8 | at 9:00 a.m., or such later date and time as the Court deems proper, to enable the Parties to resolve
9 | the outstanding issues concerning the default and time to respond to the Complaint.
10 |     **WHEREFORE**, it is hereby stipulated by the Parties, through their respective attorneys,
11 | as follows:
12 |     1. The Status Conference for the Complaint shall be continued from August 9, 2023 at
13 |         9:00 a.m. to September 6, 2023 at 9:00 a.m., or such later date and time as the Court
14 |         deems proper.
15 | DATED: July 24, 2023                    KOGAN LAW FIRM, APC
                                      Michael S. Kogan
16 |
17 |
18 |                                 By: /s/ Michael S. Kogan
                                    Michael S. Kogan
19 |                                     Attorneys for Defendant
20 | DATED: July 24, 2023                    SHUMAKER MALLORY LLP
                                      Brett J. Wasserman
21 |
22 |
23 |                               By:
                                    Brett J. Wasserman
24 |                                     Attorneys for Plaintiff
25 |
26 |
27 |
28 |

**STIPULATION TO CONTINUE STATUS CONFERENCE**

| | |
|---|---|
| In re: LESLIE KLEIN<br>Debtor(s).<br>Adi Vendriger v Leslie Klein | CHAPTER: 11<br>CASE NUMBER: 2:23-bk-10990-SK<br>Adv. No. 2:23-ap-01151-SK |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064

A true and correct copy of the foregoing document described as **STIPULATION TO CONTINUE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 25, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **July 25, 2023**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 25, 2023 | Pamela Lynn | /s/Pamela Lynn |
|---|---|---|
| Date | Type Name | Signature |

| In re: LESLIE KLEIN | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:23-bk-10990-SK |
| Adi Vendriger v Leslie Klein | Adv. No. 2:23-ap-01151-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

       Brett Wasserman (PL)  wasserman@smcounsel.com
       United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
       Clarisse Young youngshumaker@smcounsel.com, levern@smcounsel.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** - VIA U.S. MAIL

    Hon. Sandra Klein
    U.S. Bankruptcy Court
    255 E. Temple St. #1582
    Los Angeles, CA 90012