Michael S. Kogan, Esq. (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Defendant

FILED & ENTERED

JUL 26 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY npa        DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**LESLIE KLEIN,**<br><br>Debtor.<br><br>───────────────────<br>**ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990,**<br><br>Plaintiff,<br><br>v.<br><br>**LESLIE KLEIN,**<br><br>Defendant. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. No. 2:23-ap-01151-SK<br><br>**ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>Date:      August 9, 2023<br>Time:      9:00 a.m.<br>Place:     Courtroom 1575<br><br>**Requested Status Conference Date:**<br>Date:      September 6, 2023<br>Time:      9:00 a.m.<br>Place:     Courtroom 1575 |

The Court having considered the "Stipulation to Continue Status Conference" ("**Stipulation**") [Docket #26] entered into by Plaintiff, Adi Vendriger, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990 (the "**Plaintiff**"), and Defendant, Leslie Klein ("**Klein**" or "**Defendant**", and together with Plaintiff, the "**Parties**"),

ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE

1 | through their respective attorneys, having found that notice is proper, and based upon the
2 | Stipulation;
3 |     **IT IS HEREBY ORDERED THAT**:
4 |     1.    The Stipulation is approved.
5 |     2.    The Status Conference for the Complaint shall be continued from August 9, 2023 at
6 | 9:00 a.m. to September 6, 2023 at 9:00 a.m.
7 |     ###

Date: July 26, 2023

Sandra R. Klein
United States Bankruptcy Judge

**ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE**