1   Michael S. Kogan (SBN 128500)
    **KOGAN LAW FIRM, APC**
2   11500 W. Olympic Blvd., Suite 400
    Los Angeles, California 90064
3   Telephone (310) 954.1690
    mkogan@koganlawfirm.com
4
    Attorneys for Debtor
5
                    **UNITED STATES BANKRUPTCY COURT**
6
                    **CENTRAL DISTRICT OF CALIFORNIA**
7
                         **LOS ANGELES DIVISION**
8
    **In re**                          )   **Case No. 2:23-bk-10990-SK**
9                                       )
    **LESLIE KLEIN,**                   )   **Chapter 11**
10                                      )
                    **Debtor.**         )
11                                      )   **Adv. No. 2:23-ap-01151-SK**
                                        )
12  _____)
                                        )
13  **ADI VENDRIGER, Co-Trustee and**   )
    **beneficiary of the First Amendment Trust** )
14  **Wendriger Family Dated May 7, 1990,** )   **STIPULATION (1) TO EXTEND TIME TO**
                                        )   **RESPOND TO COMPLAINT, AND (2)**
15                                      )   **VACATE AND SET ASIDE DEFAULT**
                    **Plaintiff,**      )
16                                      )
          **v.**                        )
17                                      )
    **LESLIE KLEIN,**                   )   <u>**Status Conference Date:**</u>
18                                      )   **Date:**     **September 6, 2023**
                    **Defendant.**      )   **Time:**     **9:00 a.m.**
19                                      )   **Place:**    **Courtroom 1575**
                                        )
20                                      )
                                        )
21                                      )
                                        )
22                                      )
                                        )
23  _____)

24          This Stipulation (1) to Extend Time to Respond to Complaint, and (2) Vacate and set

25  Aside Default (the **"Stipulation"**) is entered into by Plaintiff, Adi Vendriger, Co-Trustee and

26  beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990 (the **"Plaintiff"**),

27  and Defendant, Leslie Klein (**"Klein"** or **"Defendant"**, and together with Plaintiff, the **"Parties"**),

28  through their respective attorneys, with reference to the following facts:

---

**STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, AND (2) VACATE AND SET
ASIDE DEFAULT**

A.  On May 11, 2023, Plaintiff, Adi Vendriger, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990 filed the Complaint for Determination of Nondischargeability of Debts and to Deny Discharge ("**Complaint**") against the Defendant, Leslie Klein [Doc #1].

B.  On May 12, 2023, the Court's Summons & Notice of Status Conference ("**Summons**") [Doc #2] set June 12, 2023 as the Defendant's deadline to respond to the Complaint, and a status conference on the matter for August 9, 2023 at 9:00 a.m. (the "**Status Conference**").

C.  On June 8, 2023, Klein's then counsel Eric Olson ("**Olson**"), who had just been recently on May 23, 2023, substituted in as counsel for Klein (Doc #150) requested a 30-day extension to respond to the Complaint, and represented that the Defendant needed time to retain experienced bankruptcy counsel for the adversary proceeding.

D.  On June 22, 2023, the parties executed and signed a Stipulation to Extend Time to Respond to the Complaint. [Doc #8]

E.  On June 23, 2023, the Court signed the Order on Stipulation to Extend Time to Respond to the Complaint, continuing Defendant's response date to July 12, 2023. [Doc #11].

F.  On July 17, 2023, Plaintiff's counsel contacted Olson with a professional courtesy notice of Plaintiffs' intention to pursue a default against the Defendant. Olson responded that Klein was in the process of retaining new counsel to defend in the adversary proceeding, and requested a further continuance to respond to the Complaint to August 15, 2023, to enable new counsel to familiarize himself with this adversary proceeding and the other pending adversary proceedings, and the bankruptcy case in general.  Plaintiff's counsel indicated a further continuance would be acceptable provided Defendant's new counsel made an appearance or filed an application to be employed no later than July 19, 2023.  On July 19, 2023, Olson provided Defendant's new counsel's name.

G.  On July 21, 2023, Plaintiff proceeded to file its Request for the Clerk to Enter Default Pursuant to LBR 7055 (a)(1) (Doc #20) (the "**Request for Default**"). The clerk entered the default on the Request for Default on July 21, 2023 (Doc #22).

H.  In connection with the Complaint, the Plaintiff is satisfied that the Defendant has hired

1  experienced competent bankruptcy counsel (Michael Kogan of the Kogan Law Firm, APC – who

2  has substituted in on July 24, 2023) who is familiar with both the issues in this adversary

3  proceeding and the rules and procedures of this Court to enable the adversary proceeding to

4  proceed in a normal manner.

5      I.   The Parties have agreed to continue the time to respond to the Complaint to August 31,

6  2023 and that the Default entered by the Clerk of the Court shall be vacated and set aside.

7          **WHEREFORE**, it is hereby stipulated by the Parties, through their respective attorneys,

8  as follows:

9          1.   The time to respond to the Complaint to August 31, 2023 and that the Default entered

10              by the Clerk of the Court shall be vacated and set aside.

11  DATED: August 4, 2023                    KOGAN LAW FIRM, APC
                                             Michael S. Kogan
12

13

14                                          By:   /s/ Michael S. Kogan
                                             Michael S. Kogan
15                                           Attorneys for Defendant

16  DATED: August 4, 2023                    SHUMAKER MALLORY LLP
                                             Clarisse Young Shumaker
17

18                                          By:
19                                           Clarisse Young Shumaker
                                             Attorneys for Plaintiff
20

21

22

23

24

25

26

27

28

3
**STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, AND (2) VACATE AND SET
ASIDE DEFAULT**

| In re: LESLIE KLEIN | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:23-bk-10990-SK |
| Adi Vendriger v Leslie Klein | Adv. No. 2:23-ap-01151-SK |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064

A true and correct copy of the foregoing document described as **STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, AND (2) VACATE AND SET ASIDE DEFAULT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 8, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **August 8, 2023, 2023,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 8, 2023** | Pamela Lynn | /s/Pamela Lynn |
|---|---|---|
| Date | Type Name | Signature |

| In re: LESLIE KLEIN | CHAPTER: 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER: 2:23-bk-10990-SK |
| Adi Vendriger v Leslie Klein | Adv. No. 2:23-ap-01151-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

> Brett Wasserman (PL)  wasserman@smcounsel.com
> United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
> Clarisse Young youngshumaker@smcounsel.com, levern@smcounsel.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL - VIA U.S. MAIL**

> Hon. Sandra Klein
> U.S. Bankruptcy Court
> 255 E. Temple St. #1582
> Los Angeles, CA 90012