Michael S. Kogan, Esq. (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Defendant

**FILED & ENTERED**

AUG 10 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penn       DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**LESLIE KLEIN,**<br><br>Debtor.<br><hr>**ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990,**<br><br>Plaintiff,<br><br>v.<br><br>**LESLIE KLEIN,**<br><br>Defendant. | Case No. 2:23-bk-10990-SK<br><br>**Chapter 11**<br><br>Adv. No. 2:23-ap-01151-SK<br><br>**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, AND (2) VACATE AND SET ASIDE DEFAULT**<br><br><u>Status Conference Date:</u><br>Date:     September 6, 2023<br>Time:    9:00 a.m.<br>Place:    Courtroom 1575 |

The Court having considered the Stipulation (1) to Extend Time to Respond to Complaint, and (2) Vacate and set Aside Default (the "**Stipulation**") entered into by Plaintiff, Adi Vendriger, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990

**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, AND (2) VACATE AND SET ASIDE DEFAULT**

(the "**Plaintiff**"), and Defendant, Leslie Klein ("**Klein**" or "**Defendant**", and together with Plaintiff, the "**Parties**"), through their respective attorneys, having found that notice is proper, and based upon the Stipulation;

    **IT IS HEREBY ORDERED THAT**:

    1.    The Stipulation is approved.

    2.    The time to respond to the Complaint filed on May 11, 2023, Docket #1, is extended to August 31, 2023, and the Default entered by the Clerk of the Court on July 21, 2023, Docket #21, shall be vacated and set aside.

###

Date: August 10, 2023

*[signature]*
Sandra R. Klein
United States Bankruptcy Judge

**ORDER ON STIPULATION (1) TO EXTEND TIME TO RESPOND TO COMPLAINT, AND (2) VACATE AND SET ASIDE DEFAULT**