| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CLARISSE YOUNG SHUMAKER (SBN: 106505)<br>youngshumaker@smcounsel.com<br>BRETT J. WASSERMAN (SBN: 315058)<br>wasserman@smcounsel.com<br>SHUMAKER MALLORY, LLP<br>280 S. Beverly Dr., Ste. 505<br>Beverly Hills, CA 90212<br>213-793-2020<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Adi Vendriger | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LESLIE KLEIN, Debtor. | CASE NO.: 2:23-ap-01151-SK<br>CHAPTER: 11 |
|---|---|
| ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990, Plaintiff,<br>v.<br>LESLIE KLEIN, Defendant<br><br>Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): STIPULATION FOR ORDER TO CONTINUE STATUS CONFERENCE |

PLEASE TAKE NOTE that the order titled ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE

was lodged on (*date*) __08/23/2023__ and is attached. This order relates to the motion which is docket number 38 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT

# EXHIBIT A

**SHUMAKER MALLORY LLP**
Clarisse Young Shumaker (SBN 106505)
youngshumaker@smcounsel.com
Brett J. Wasserman (SBN 315058)
wasserman@smcounsel.com
280 S. Beverly Dr., Suite 505
Beverly Hills, CA 90212
**Mailing Address**
1 Ringbit Rd. W.
Rolling Hills, CA 90274
Telephone: (213) 793-2020
Facsimile: (213) 674-4268

Attorneys for Creditor and Plaintiff ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>  Debtor.<br><br>_____<br><br>ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990,<br><br>  Plaintiff,<br><br>  v.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>  Defendants.<br>_____ | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No.: 2:23−ap−01151−SK<br><br>**ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br><br>Date:   September 6, 2023<br>Crtrm: 1575<br>Time: 9:00 a.m.<br><br>**Requested Status Conference Date:**<br><br>Date:   October 18, 2023<br>Crtrm: 1575<br>Time: 9:00 a.m. |

The Court having considered the Stipulation for Order to Continue Status Conference ("Stipulation") [Docket No. __] entered into between Plaintiff Adi Vendriger, as Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990 ("Plaintiff") and Defendant, Leslie Klein ("Defendant"), through their respective attorneys, having found that notice is proper, and based upon the Stipulation;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved;

2. The Status Conference shall be continued from September 6, 2023 at 9:00 a.m. to October 18, 2023 at 9:00 a.m., or such later date and time as the Court deems proper.

Dated:

Sandra R. Klein
United States Bankruptcy Judge

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

280 S. Beverly Dr. Suite 505
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___08/29/2023___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Michael S. Kogan (DF) mkogan@koganlawfirm.com
   Clarisse Young Shumaker (PL) youngshumaker@smcounsel.com
   Brett Wasserman (PL) wasserman@smcounsel.com
   United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   08/29/2023  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   Hon. Sandra R. Klein, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/29/2023 | DAVIDA GOLDMAN | *Davida J Goldman* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT