**SHUMAKER MALLORY LLP**
Clarisse Young Shumaker (SBN 106505)
youngshumaker@smcounsel.com
Brett J. Wasserman (SBN 315058)
wasserman@smcounsel.com
280 S. Beverly Dr., Suite 505
Beverly Hills, CA 90212
**Mailing Address**
1 Ringbit Rd. W.
Rolling Hills, CA 90274
Telephone: (213) 793-2020
Facsimile: (213) 674-4268

Attorneys for Creditor and Plaintiff ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990

FILED & ENTERED

AUG 30 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor.<br><hr>ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No.: 2:23−ap−01151−SK<br><br>**ORDER: 1) SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS; AND 2) APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**Present Status Conference Date:**<br>Date:  September 6, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575<br><br>**Hearing on Motion to Dismiss and Status Conference:**<br>Date:  October 18, 2023<br>Time: 9:00 a.m.<br>Crtrm: 1575 |

The Court having considered the "Motion for Order Dismissing Certain Causes of Action . . .") (Motion) filed by Adi Vendriger, as Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990 (Plaintiff) [Docket No. 34] and the "Stipulation for Order to Continue Status Conference" (Stipulation) [Docket No. 38] entered into between Plaintiff and Defendant, Leslie Klein (Defendant),

**IT IS HEREBY ORDERED THAT:**

1. The Motion is set for hearing on October 18, 2023 at 9:00 a.m..

2. The deadline for filing an opposition to the Motion is September 13, 2023, at 12:00 p.m. noon.

3. The deadline for filing a reply, if any, to the opposition, is September 20, 2023, at 12:00 p.m. noon.

4. No further briefing will be allowed or considered.

5. The Stipulation is approved.

2. The Status Conference is continued to October 18, 2023, at 9:00 a.m.

###

Date: August 30, 2023

Sandra R. Klein
United States Bankruptcy Judge