United States Bankruptcy Court

Central District of California

Vendriger,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01151-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Aug 30, 2023      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Adi Vendriger, 8 Beit Zuri Eliahu St., Tel Aviv, 6912208, ISRAEL |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Adi Vendriger |
| intp | | Courtesy NEF |
| pla | * | Adi Vendriger, 8 Beit Zuri Eliahu Street, Tel Aviv, 6912208, ISRAEL |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett J. Wasserman | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 30, 2023 | Form ID: pdf031 | Total Noticed: 2

        cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael S Kogan
        on behalf of Defendant Leslie Klein mkogan@koganlawfirm.com

Nikko Salvatore Stevens
        on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

United States Trustee (LA)
        ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

| | |
|---|---|
| 1 | **SHUMAKER MALLORY LLP** |
| 2 | Clarisse Young Shumaker (SBN 106505) |
|   | youngshumaker@smcounsel.com |
| 3 | Brett J. Wasserman (SBN 315058) |
|   | wasserman@smcounsel.com |
| 4 | 280 S. Beverly Dr., Suite 505 |
|   | Beverly Hills, CA 90212 |
| 5 | **Mailing Address** |
|   | 1 Ringbit Rd. W. |
| 6 | Rolling Hills, CA 90274 |
| 7 | Telephone: (213) 793-2020 |
|   | Facsimile: (213) 674-4268 |

**FILED & ENTERED**

AUG 30 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may        DEPUTY CLERK

Attorneys for Creditor and Plaintiff ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:23-bk-10990-SK |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | Adv. Case No.: 2:23−ap−01151−SK |
| | **ORDER: 1) SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS; AND 2) APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE** |
| ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990, | |
| Plaintiff, | **Present Status Conference Date:** |
| v. | Date:   September 6, 2023 |
| | Time: 9:00 a.m. |
| LESLIE KLEIN and DOES 1 through 10, | Crtrm: 1575 |
| Defendants. | **Hearing on Motion to Dismiss and Status Conference:** |
| | Date:   October 18, 2023 |
| | Time: 9:00 a.m. |
| | Crtrm: 1575 |

The Court having considered the "Motion for Order Dismissing Certain Causes of Action . . .") (Motion) filed by Adi Vendriger, as Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990 (Plaintiff) [Docket No. 34] and the "Stipulation for Order to Continue Status Conference" (Stipulation) [Docket No. 38] entered into between Plaintiff and Defendant, Leslie Klein (Defendant),

**IT IS HEREBY ORDERED THAT:**

1. The Motion is set for hearing on October 18, 2023 at 9:00 a.m..

2. The deadline for filing an opposition to the Motion is September 13, 2023, at 12:00 p.m. noon.

3. The deadline for filing a reply, if any, to the opposition, is September 20, 2023, at 12:00 p.m. noon.

4. No further briefing will be allowed or considered.

5. The Stipulation is approved.

2. The Status Conference is continued to October 18, 2023, at 9:00 a.m.

###

Date: August 30, 2023

Sandra R. Klein
United States Bankruptcy Judge