# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Adversary Proceeding #: 2:23-ap-01151-SK

*Assigned to:* Sandra R. Klein                                                                    *Date Filed:* 05/11/23
*Lead BK Case:* 23-10990
*Lead BK Title:* Leslie Klein
*Lead BK Chapter:* 11
*Demand:* $1200000000

*Nature[s] of Suit:*  62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
                     67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny
                     68 Dischargeability - 523(a)(6), willful and malicious injury
                     41 Objection / revocation of discharge - 727(c),(d),(e)

*Plaintiff*
-----------------------
**Adi Vendriger**                                       represented by **Clarisse Young**
                                                        Shumaker Mallory, LLP
                                                        333 S. Hope Street
                                                        35th Floor
                                                        Los Angeles, CA 90071
                                                        310-614-3456
                                                        Email: youngshumaker@smcounsel.com

*Plaintiff*
-----------------------
**Adi Vendriger**                                       represented by **Brett J. Wasserman**
8 Beit Zuri Eliahu St.                                  Shumaker Mallory, LLP
Tel Aviv 6912208                                        280 S. Beverly Dr., Ste. 505
Israel                                                  Suite 505
(213) 793-2020                                          Beverly Hills, CA 90212
                                                        213-793-2020
                                                        Email: wasserman@smcounsel.com
                                                        *LEAD ATTORNEY*

                                                        **Clarisse Young**
                                                        (See above for address)

*Plaintiff*
-----------------------
**Adi Vendriger**                                       represented by **Clarisse Young**
8 Beit Zuri Eliahu Street                               (See above for address)
Tel Aviv 6912208
Israel
2137932020

V.

*Defendant*
-----------------------
**Leslie Klein**
322 N. June Street
Los Angeles, CA 90001
SSN / ITIN: xxx-xx-6944

represented by **Leslie Klein**
PRO SE

**Michael S Kogan**
Kogan Law Firm, APC
11500 W. Olympic Blvd., Ste 400
Los Angeles, CA 90064
213-359-1097
Email: mkogan@koganlawfirm.com
*TERMINATED: 10/19/2023*

(See above for address)
*TERMINATED: 07/24/2023*
*LEAD ATTORNEY*

*U.S. Trustee*
-----------------------
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 10/25/2023 | 49 | Notice of lodgment of Order or Judgment Filed by Defendant Leslie Klein (RE: related document(s)34 Motion to Dismiss Adversary Proceeding *Motion for Order Dismissing Certain Causes of Action in Complaint with proof of service*). (TM) (Entered: 10/26/2023) |
| 10/26/2023 | 50 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete PDF was attached to the docket entry - (1) No copy of proposed order attached to NOL, (2) Requires the docket entry number of motion the order relates to, and (3) Proof of Service requires holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)49 Notice of Lodgment filed by Defendant Leslie Klein) (TM) (Entered: 10/26/2023) |