United States Bankruptcy Court

Central District of California

Vendriger,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01151-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 2
Date Rcvd: Oct 26, 2023    Form ID: pdf002    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Adi Vendriger, 8 Beit Zuri Eliahu St., Tel Aviv, 6912208, ISRAEL |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Adi Vendriger |
| intp | | Courtesy NEF |
| pla | * | Adi Vendriger, 8 Beit Zuri Eliahu Street, Tel Aviv, 6912208, ISRAEL |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

**Name**    **Email Address**

Brett J. Wasserman
    on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Clarisse Young
    on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 26, 2023 | Form ID: pdf002 | Total Noticed: 2

cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Nikko Salvatore Stevens

on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Adversary Proceeding #: 2:23-ap-01151-SK

*Assigned to:* Sandra R. Klein

*Date Filed:* 05/11/23

*Lead BK Case:* 23-10990
*Lead BK Title:* Leslie Klein
*Lead BK Chapter:* 11
*Demand:* $1200000000

*Nature[s] of Suit:*  62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny
68 Dischargeability - 523(a)(6), willful and malicious injury
41 Objection / revocation of discharge - 727(c),(d),(e)

*Plaintiff*
-----------------------
**Adi Vendriger**

represented by **Clarisse Young**
Shumaker Mallory, LLP
333 S. Hope Street
35th Floor
Los Angeles, CA 90071
310-614-3456
Email: youngshumaker@smcounsel.com

*Plaintiff*
-----------------------
**Adi Vendriger**
8 Beit Zuri Eliahu St.
Tel Aviv 6912208
Israel
(213) 793-2020

represented by **Brett J. Wasserman**
Shumaker Mallory, LLP
280 S. Beverly Dr., Ste. 505
Suite 505
Beverly Hills, CA 90212
213-793-2020
Email: wasserman@smcounsel.com
*LEAD ATTORNEY*

**Clarisse Young**
(See above for address)

*Plaintiff*
-----------------------
**Adi Vendriger**
8 Beit Zuri Eliahu Street
Tel Aviv 6912208
Israel
2137932020

represented by **Clarisse Young**
(See above for address)

V.

*Defendant*
-----------------------
**Leslie Klein**
322 N. June Street
Los Angeles, CA 90001
SSN / ITIN: xxx-xx-6944

represented by **Leslie Klein**
PRO SE

**Michael S Kogan**
Kogan Law Firm, APC
11500 W. Olympic Blvd., Ste 400
Los Angeles, CA 90064
213-359-1097
Email: mkogan@koganlawfirm.com
*TERMINATED: 10/19/2023*

(See above for address)
*TERMINATED: 07/24/2023*
*LEAD ATTORNEY*

*U.S. Trustee*
-----------------------
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 10/25/2023 | 49 | Notice of lodgment of Order or Judgment Filed by Defendant Leslie Klein (RE: related document(s)34 Motion to Dismiss Adversary Proceeding *Motion for Order Dismissing Certain Causes of Action in Complaint with proof of service*). (TM) (Entered: 10/26/2023) |
| 10/26/2023 | 50 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete PDF was attached to the docket entry - (1) No copy of proposed order attached to NOL, (2) Requires the docket entry number of motion the order relates to, and (3) Proof of Service requires holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)49 Notice of Lodgment filed by Defendant Leslie Klein) (TM) (Entered: 10/26/2023) |