United States Bankruptcy Court

Central District of California

Vendriger,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01151-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Nov 09, 2023      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Adi Vendriger, 8 Beit Zuri Eliahu St., Tel Aviv, 6912208, ISRAEL |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Adi Vendriger |
| intp | | Courtesy NEF |
| pla | * | Adi Vendriger, 8 Beit Zuri Eliahu Street, Tel Aviv, 6912208, ISRAEL |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett J. Wasserman | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: pdf031 | Total Noticed: 2 |

cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Nikko Salvatore Stevens

on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

Leslie Klein
322 N. June St.
Los Angeles, CA 90004
Les.Kleinlaw@Gmail.com
818-501-2663

Leslie Klein, debtor, pro se

**FILED**
NOV 09 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

**ENTERED**
NOV -9 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

**LODGED**
OCT 25 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re | Case No. 2:23-bk-10990-SK |
| | Ch 11 |
| | Adv. No. 2:23-ap-01151-SK |
| LESLIE KLEIN, | ORDER GRANTING MOTION OF LESLIE KLEIN FOR AN ORDER DISMISSING CERTAIN CAUSES OF ACTION IN THE COMPLAINT |
| Debtor | |
| | Hearing Date: OCT 18, 2023 |
| | Time:         9:00 AM |
| | CTRM         1575 |

ORDER GRANTING MOTION OF LESLIE KLEIN FOR AN ORDER DISMISSING CERTAIN CAUSES OF ACTION IN THE COMPLAINT                1

Based on the Motion of Leslie Klein as Defendant/Debtor for an Order Dismissing Certain Causes of Action in the Complaint for Dischargeability ("Motion")(Doc 34), the other moving and responding papers on file and the statements made by the Court on the record at the above-captioned hearing, and other good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is Granted

2. The Fourth Cause of Action is hereby dismissed.

###

Date: November 09, 2023

*Sandra R. Klein*
Sandra R. Klein
United States Bankruptcy Judge

ORDER GRANTING MOTION OF LESLIE KLEIN FOR AN ORDER DISMISSING CERTAIN CAUSES OF ACTION IN THE COMPLAINT

"2