**SHUMAKER MALLORY LLP**
Clarisse Young Shumaker (SBN 106505)
youngshumaker@smcounsel.com
Brett J. Wasserman (SBN 315058)
wasserman@smcounsel.com
280 S. Beverly Dr. Suite 505
Beverly Hills, CA 90212
**Mailing Address**
1 Ringbit Rd. W.
Rolling Hills, CA 90274
Telephone: (213) 793-2020
Facsimile: (213) 674-4268

Attorneys for Creditor and Plaintiff ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>      Debtor.<br>_____<br>ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990,<br><br>      Plaintiff,<br><br>   v.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>      Defendants.<br>_____ | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No.: 2:23−ap−01151−SK<br><br>**DECLARATION OF BRETT J. WASSERMAN IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[*Filed concurrently with Request for clerk to Enter Default Under LBR 7055-1(a)*]<br><br>Date:  No Hearing Required<br>Crtrm: 1575<br>Judge: Hon. Sandra R. Klein |

///

1

**DECLARATION OF BRETT J. WASSERMAN IN SUPPORT OF REQUEST FOR
CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**

**DECLARATION OF BRETT J. WASSERMAN, ESQ.**
**RE: REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**

I, Brett J. Wasserman, Esq., declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an attorney at Shumaker Mallory, LLP. I am an attorney of record for Plaintiff Adi Vendriger, as Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990 ("Plaintiff") in this action. I submit this declaration in support of Plaintiff's Request for Clerk to Enter Default Under LBR 7055-1(a).

2. Except where stated upon information and belief, the statements herein are based upon my personal knowledge, my review of the records within my office, and my review of the documents filed with this Court. If called as a witness, I would and could competently testify thereto.

3. On May 11, 2023, Plaintiff filed this instant Complaint for Determination of Nondischargeability of Debts and to Deny Discharge ("Complaint") against Defendant Leslie Klein ("Defendant"). (Dkt. No. 1).

4. On May 12, 2023, this Court issued a Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1]. (Dkt. No. 2).

5. On May 12, 2023, this Court issued an Another Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1] ("Summons") due to a clerical error in the original Summons. (Dkt. No. 3).

6. On May 16, 2023, Defendant was served with the Summons and the Complaint by first-class mail. (Dkt. No. 4).

7. Defendant's initial deadline to file and serve a written response was on June 12, 2023.

8. On June 10, 2023, I agreed to a stipulation with the attorney of record for Defendant to extend the time for Defendant to file and serve his response to Plaintiff's Complaint, which was memorialized on June 16, 2023. Defendant's deadline to file and serve the response was extended to July 12, 2023. (Dkt. No. 8).

9. On July 17, 2023, I received an email from the attorney of record for Defendant indicating that Defendant had "engaged 'real' bankruptcy attorney as of this morning…". On July 17, 2023, I responded to Defendant's attorney of record via email and indicated Plaintiff would be willing to enter into a second stipulation to extend the time for Defendant to file and serve his response to Plaintiff's Complaint, provided Defendant's new attorney made an appearance and filed an application to be employed by Wednesday, July 19, 2023.

10. On July 20, 2023, Plaintiff requested the Clerk enter a default against Defendant, which was entered on July 21, 2023. (Dkt. Nos. 20 and 21).

11. On August 8, 2023, I agreed to a stipulation with the attorney of record for Defendant to vacate and set aside the default and to extend Defendant's time period to file and serve his response to Plaintiff's Complaint. (Dkt. No. 30).

12. On August 14, 2023, Defendant filed a Motion for Order Dismissing Certain Causes of Action in Complaint, which was set for hearing on October 18, 2023. (Dkt. No. 34).

13. On October 18, 2023, the Court granted Defendant's Motion for Order Dismissing Certain Causes of Action in Complaint and ordered Defendant to file and serve a response to the remaining claims for relief by November 18, 2023. At the same hearing, Defendant's prior counsel's Motion to be Relieved as Counsel was granted. Defendant was present at the hearing.

///
///
///
///
///
///
///
///
///

**DECLARATION OF BRETT J. WASSERMAN IN SUPPORT OF REQUEST FOR
CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**

14. On November 21, 2023, I visited this Court's docket and discovered that Defendant, now Pro Se, had not filed and served his response to Plaintiff's complaint by November 20, 2023 (November 18, 2023 fell on a Saturday).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of November 2023, at Santa Monica, California

SHUMAKER MALLORY, LLP

By: _____
CLARISSE YOUNG SHUMAKER
BRETT J. WASSERMAN
Attorneys for Petitioner
ADI VENDRIGER, Co-Trustee

**DECLARATION OF BRETT J. WASSERMAN IN SUPPORT OF REQUEST FOR
CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1 Ringbit Rd. W., Rolling Hills, CA 90274

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF BRETT J. WASSERMAN IN SUPPORT OF REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a) [Filed concurrently with Request for clerk to Enter Defualt Under LBR 7055-1(a)]
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  Clarisse Young Shumaker youngshumaker@smcounsel.com
  Brett Wasserman wasserman@smcounsel.com
  United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/21/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  Debtor/Defendant: Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 (Pro Se)

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/21/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
  Hon. Sandra R. Klein, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/21/2023 | Davida J. Goldman | *Davida J. Goldman* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**