# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

| | |
|---|---|
| In re:<br>Leslie Klein<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 2:23–bk–10990–SK |
| Adi Vendriger<br><br>**(See Attachment A for names of additional plaintiffs)**<br><br>Plaintiff(s)<br>Versus<br>Leslie Klein<br><br>Defendant(s) | CHAPTER NO.: 11<br><br>ADVERSARY NO.: 2:23–ap–01151–SK |

## NOTICE THAT DEFAULT HAS NOT BEEN ENTERED BY THE CLERK
## UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>11/21/2023</u>, a request was filed for the clerk to enter default against defendant(s) **Leslie Klein**.

After reviewing the request against the complaint filed and summons issued by the court, a default will NOT be entered due to the following reasons:

- ☐ The name of the defendant listed on the request does not match the complaint.
- ☐ The defendant's and or attorney's address listed on the Proof of Service does not match the complaint.
- ☐ The complaint file date listed on the request does not match the docket.
- ☑ A conformed copy of the executed Service of Summons form is not attached.
- ☐ The request is premature as the time for filing an answer or other responsive pleading has not expired.
- ☐ The summons has expired.
- ☐ An answer or other responsive pleading has been filed.
- ☐ The declaration required under Local Bankruptcy Rule 7055–1(a) is not attached.
- ☐ There is no Proof of Service of the request on the defaulting party.
- ☑ The Proof of Service and copy of the Summons is not attached to the request.
- ☑ A motion to (1) dismiss the Complaint or (2) for summary judgment has been filed by the defendant.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: November 21, 2023

**By: <u>Thais D. May</u>**
    **Deputy Clerk**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Adi Vendriger<br>Adi Vendriger<br>Adi Vendriger | Leslie Klein |

(Form van193–nched VAN–193) Rev. 12/2014

**ATTACHMENT A**