# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

| | |
|---|---|
| In re:<br>Leslie Klein<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 2:23–bk–10990–SK<br><br>CHAPTER NO.: 11 |
| Adi Vendriger<br><br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br>Versus<br>Leslie Klein<br><br>Defendant(s) | ADVERSARY NO.: 2:23–ap–01151–SK |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>11/21/2023</u>, a request was filed for the clerk to enter default against defendant(s) **Leslie Klein**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: November 22, 2023

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Thais D. May</u>**
    **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014

**60 – 59 / TM**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Adi Vendriger<br>Adi Vendriger<br>Adi Vendriger | Leslie Klein |

(Form van192–nched VAN–192) Rev. 12/2014

# ATTACHMENT A