| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Leslie Klein<br><br>322 North June Street<br><br>Los Angeles, California 90004<br><br>Email: les.kleinlaw@gmail.com<br><br>Telephone: (818) 501-2663<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY<br><br>**FILED**<br>**DEC 0 7 2023**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LESLIE KLEIN<br><br><br><br><br>Debtor(s). | CASE NO.:    2:23-bk-10990-sk<br><br>ADVERSARY NO.: 2:23-ap-01151-sk<br><br>CHAPTER:    11 |
|---|---|
| ADI VENDRIGER, Co-Trustee and Beneficiary, etc.<br><br><br><br>Plaintiff(s).<br>vs.<br>LESLIE KLEIN<br><br><br><br>Defendant(s). | UNILATERAL ~~JOINT~~ **STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:    12/20/2023<br>TIME:    9:00 AM<br>COURTROOM:  1575<br>ADDRESS:   255 East Temple Street<br>         Los Angeles, California 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE**:

   1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?     ☒ Yes    ☐ No

   2. Have all parties filed and served answers to the Claims Documents?     ☐ Yes    ☒ No

   3. Have all motions addressed to the Claims Documents been resolved?     ☐ Yes    ☒ No

   4. Have counsel met and conferred in compliance with LBR 7026-1?     ☐ Yes    ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
   Plaintiff filed default before Answer could be filed. Defendant is attempting to meet and confer but may need to file motion to set aside default.

B. <u>**READINESS FOR TRIAL**</u>:

   1. When will you be ready for trial in this case?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | Expected to settle at mediation |

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | Expected to settle at mediation |

   3. When do you expect to complete <u>your</u> discovery efforts?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | Expected to settle at mediation |

   4. What additional discovery do you require to prepare for trial?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | Expected to settle at mediation |

C. <u>**TRIAL TIME**</u>:

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | 1-2 days |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | 3 witnesses |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>                                         <u>Defendant</u>

over 100

## D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>                                           <u>Defendant</u>

Pretrial conference ☐ is ☐ is not requested       Pretrial conference ☒ is ☐ is not requested
Reasons:                                             Reasons:

<u>Plaintiff</u>                                           <u>Defendant</u>

Pretrial conference should be set <u>after</u>:            Pretrial conference should be set <u>after</u>:

(date) _____                                    (date) 01/01/2025

## E. SETTLEMENT:

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?     ☐ Yes    ☒ No
   If so, when?
   60% of beneficiaries agreed at prior mediation.

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>                                           <u>Defendant</u>

☐ Yes    ☐ No                                  ☒ Yes    ☐ No

All parties previously agreed to mediation with
Judge Steele of Signature Resolutions.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☐ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

Defendant is agreeable to Bankruptcy Judge as recommended by Judge Klein.

Respectfully submitted,

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

Date: 12/6/2023

Leslie Klein
Printed name of law firm

_____
Signature

Leslie Klein
Printed name

Attorney for: Debtor in Pro Se

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 — Page 4 — F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
301 East Colorado Boulevard, Suite 520, Pasadena, California 91101

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/07/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 12/07/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra Klein, US Bankruptcy Judge, 255 East Temple Street #1582, Los Angeles, California 90012

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/07/2023 | Eric J. Olson | /s/ Eric J. Olson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| In re: LESLIE KLEIN | Chapter: 11 |
|---|---|
| Debtor(s) | Case No: 2:23-bk-10990-SK |
| ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990 | Adv. No: 2:23-ap-01151-SK |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Reem J. Bello** rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jay Berger** Michael.berger@bankuptcypower.com, Yathida.nipha@bankruptcypower.com, Michael.berger@ecf.inforuptcy.com
- **Grep P. Campbell** ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- **Baruch C. Cohen** bcc@baruchcohenesq.com, paralegal@baruchcohenesq.com
- **Theron S. Covey** tcovey@raslg.com, sferry@raslg.com
- **Dane W. Exnowski** dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- **Robert P. Goe** kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com
- **Michael I. Gottfried** mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
- **Brandon J. Iskander** biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jones** Michael.jones4@usdoj.gov
- **Ron Maroko** ron.maroko@usdoj.gov
- **Steven M. Mayer** smayer@mayerlawla.com
- **Krikor J. Meshefejian** kjm@lnbyg.com
- **Joshua L. Scheer** jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M. Sharf (TR)** mark@sharflaw.com, c188@ecfcbis.com, sharf1000@gmail.com, 2180473420@filings.docketbird.com
- **Alan G. Tippie** alan.tippie@gmlaw.com, atippie@ecf.courtdrive.com, karen.files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- **Gary Tokumori** gtokumori@pmcos.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Michael L. Wachtell** mwachtell@buchalter.com
- **John P. Ward** jward@attleseystorm.com, ezhang@attleseystorm.com
- **Clarisse Young** youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P. Young** paul@cym.law, jaclyn@cym.law
- **Roye Zur** rzur@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, 1648609420@filings.docketbird.com

II. **SERVED BY U.S. MAIL**

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple Street #1582
Los Angeles, California 90012