| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CLARISSE YOUNG SHUMAKER (SBN: 106505)<br>youngshumaker@smcounsel.com<br>BRETT J. WASSERMAN (SBN: 315058)<br>wasserman@smcounsel.com<br>SHUMAKER MALLORY, LLP<br>280 S. Beverly Dr., Ste. 505<br>Beverly Hills, CA 90212<br>213-793-2020<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Adi Vendriger | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>LESLIE KLEIN, Debtor. | CASE NO.: 2:23-ap-01151-SK<br>CHAPTER: 11 |
|---|---|
| ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990, Plaintiff,<br>v.<br>LESLIE KLEIN, Defendant<br><br>Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

PLEASE TAKE NOTE that the order titled ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

was lodged on (*date*) __04/22/2024__ and is attached.  This order relates to the motion which is docket number 69.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

**SHUMAKER MALLORY LLP**
Clarisse Young Shumaker (SBN 106505)
youngshumaker@smcounsel.com
Brett J. Wasserman (SBN 315058)
wasserman@smcounsel.com
280 S. Beverly Dr., Suite 505
Beverly Hills, CA 90212
**Mailing Address**
1 Ringbit Rd. W.
Rolling Hills, CA 90274
Telephone: (213) 793-2020
Facsimile: (213) 674-4268

Attorneys for Creditor and Plaintiff ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor and Debtor in Possession.<br><br>ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No.: 2:23-ap-01151-SK<br><br>Hon. Sandra R. Klein<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [Doc-69]**<br><br>**Date: April 17, 2024**<br>**Time: 9:00 a.m.**<br>**Place: 255 E. Temple Street, Los Angeles**<br>**Crtm: 1575** |

///

///

At the above-captioned time and place, the Honorable Sandra R. Klein, United States Bankruptcy Judge, heard and considered Plaintiff, ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990 ("Plaintiff") Motion for Default Judgment ("Motion") [Docket #69] in the above-captioned adversary proceeding. Appearances were made as noted on the record.

The Court considered the Motion, the Supplement to Motion for Default Judgment [Docket #71], Defendant Leslie Klein's Opposition to Motion for Default Judgment [Docket #75], and Plaintiff's Reply [Docket #76], statements by Defendant Klein, and the arguments from the respective parties' counsel of record, as set forth on the record during the hearing. The Court's oral ruling during the hearing in this matter constitutes the findings required under Fed. R. Civ. P. 52(a)(1) made applicable by Fed. R. Bank. P. 7502. Based on the foregoing and for good cause,

IT IS HEREBY ORDERED that the Motion is GRANTED for the amount of $1,468,054.76. Plaintiff may, at its option, file a motion seeking pre-judgment and post-judgment interest. Such motion shall be filed on or before May 17, 2024 and brought on for hearing as regularly noticed.

A Judgment in the amount of $1,468,054.76 will be entered concurrently with the issuance of this Order. Should Plaintiff proceed to file a motion seeking pre-judgment and post-judgment interest, the Judgment may be amended pending the Court's ruling on any such motion.

###

Dated:

Sandra R. Klein
United States Bankruptcy Judge

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

280 S. Beverly Dr. Suite 505
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___04/22/2024___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Eric J. Olson  eric@ejolsonlaw.com
Clarisse Young Shumaker  youngshumaker@smcounsel.com
Brett Wasserman  wasserman@smcounsel.com
United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___04/22/2024___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra R. Klein, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/22/2024 | DAVIDA GOLDMAN | */s/ Davida J Goldman* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 2                           F 9021-1.2.BK.NOTICE.LODGMENT