| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CLARISSE YOUNG SHUMAKER (SBN: 106505)<br>youngshumaker@smcounsel.com<br>BRETT J. WASSERMAN (SBN: 315058)<br>wasserman@smcounsel.com<br>SHUMAKER MALLORY, LLP<br>280 S. Beverly Dr., Ste. 505<br>Beverly Hills, CA 90212<br>213-793-2020<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Adi Vendriger | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LESLIE KLEIN, Debtor. | CASE NO.: 2:23-ap-01151-SK<br>CHAPTER: 11 |
|---|---|
| ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990, Plaintiff,<br>v.<br>LESLIE KLEIN, Defendant<br><br>Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>JUDGMENT FOR NONDISCHARGEABILITY OF DEBT IN THE AMOUNT OF $1,468,054.76 |

PLEASE TAKE NOTE that the order titled JUDGMENT FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 USC § 523(A)(2)(A), 11 USC § 523(A)(4), & 11 USC § 523(A)(6) IN THE AMOUNT OF $1,468,054.76

was lodged on (*date*) __04/22/2024__ and is attached. This order relates to the motion which is docket number 69.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

**SHUMAKER MALLORY LLP**
Clarisse Young Shumaker (SBN 106505)
youngshumaker@smcounsel.com
Brett J. Wasserman (SBN 315058)
wasserman@smcounsel.com
280 S. Beverly Dr., Suite 505
Beverly Hills, CA 90212
**Mailing Address**
1 Ringbit Rd. W.
Rolling Hills, CA 90274
Telephone: (213) 793-2020
Facsimile: (213) 674-4268

Attorneys for Creditor and Plaintiff ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>       Debtor and Debtor in Possession.<br><br>ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990,<br><br>       Plaintiff,<br><br>       v.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>       Defendants. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No.: 2:23-ap-01151-SK<br><br>Hon. Sandra R. Klein<br><br>**JUDGMENT FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 USC § 523(A)(2)(A), 11 USC § 523(A)(4), & 11 USC § 523(A)(6) IN THE AMOUNT OF $1,468,054.76**<br><br>**Date: April 17, 2024**<br>**Time: 9:00 a.m.**<br>**Place: 255 E. Temple Street, Los Angeles**<br>**Crtm: 1575** |

///

///

**JUDGMENT IS ENTERED AS FOLLOWS:**

Based on the Court's ruling on Plaintiff's, ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990 ("Plaintiff") Motion for Default Judgment [Docket #69], a non-dischargeable judgment is entered in favor of Plaintiff, and against Defendant, Leslie Klein, in the total amount of **$1,468,054.76**, irrespective of interest, pursuant to 11 USC § 523(A)(2)(A), 11 USC § 523(A)(4), and 11 USC § 523(A)(6).

**IT IS SO ORDERED.**

###

Dated:

Sandra R. Klein
United States Bankruptcy Judge

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

280 S. Beverly Dr. Suite 505
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___04/22/2024___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Eric J. Olson  eric@ejolsonlaw.com
Clarisse Young Shumaker  youngshumaker@smcounsel.com
Brett Wasserman  wasserman@smcounsel.com
United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___04/22/2024___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra R. Klein, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/22/2024 | DAVIDA GOLDMAN | /s/ Davida J. Goldman |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**