United States Bankruptcy Court

Central District of California

Vendriger,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01151-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Apr 24, 2024      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Adi Vendriger, 8 Beit Zuri Eliahu St., Tel Aviv, 6912208, ISRAEL |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Adi Vendriger |
| intp | | Courtesy NEF |
| pla | * | Adi Vendriger, 8 Beit Zuri Eliahu Street, Tel Aviv, 6912208, ISRAEL |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett J. Wasserman | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Eric J Olson | on behalf of Defendant Leslie Klein eric@ejolsonlaw.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 24, 2024 | Form ID: pdf031 | Total Noticed: 2

| | |
|---|---|
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Nikko Salvatore Stevens | on behalf of Interested Party Courtesy NEF nikko@cym.law mandi@cym.law |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 6

**SHUMAKER MALLORY LLP**
Clarisse Young Shumaker (SBN 106505)
youngshumaker@smcounsel.com
Brett J. Wasserman (SBN 315058)
wasserman@smcounsel.com
280 S. Beverly Dr., Suite 505
Beverly Hills, CA 90212
**Mailing Address**
1 Ringbit Rd. W.
Rolling Hills, CA 90274
Telephone: (213) 793-2020
Facsimile: (213) 674-4268

Attorneys for Creditor and Plaintiff ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990

**FILED & ENTERED**

**APR 24 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may        DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:23-bk-10990-SK |
| | ) |
| LESLIE KLEIN, | ) Chapter 11 |
| | ) |
| Debtor and Debtor in Possession. | ) Adv. Case No.: 2:23-ap-01151-SK |
| | ) |
| | ) Hon. Sandra R. Klein |
| ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990, | ) **JUDGMENT FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 USC § 523(A)(2)(A), 11 USC § 523(A)(4), & 11 USC § 523(A)(6) IN THE AMOUNT OF $1,468,054.76** |
| Plaintiff, | ) |
| v. | ) **Date: April 17, 2024** |
| | ) **Time: 9:00 a.m.** |
| LESLIE KLEIN and DOES 1 through 10, | ) **Place: 255 E. Temple Street, Los Angeles** |
| | ) **Crtm: 1575** |
| Defendants. | ) |

**JUDGMENT IS ENTERED AS FOLLOWS:**

Based on the Court's ruling on Plaintiff's, ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990 ("Plaintiff") "Motion for Default Judgment" [Docket #s 69, 84], a non-dischargeable judgment is entered in favor of Plaintiff, and against Defendant, Leslie Klein, in the total amount of **$1,468,054.76**, pursuant to 11 USC § 523(A)(2)(A), 11 USC § 523(A)(4), and 11 USC § 523(A)(6).

**IT IS SO ORDERED.**

###

Date: April 24, 2024

Sandra R. Klein
United States Bankruptcy Judge