United States Bankruptcy Court

Central District of California

Vendriger,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01151-SK

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Apr 24, 2024      Form ID: pdf045      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Eric J. Olson, EJOlson Law, 301 E. Colorado Blvd., Ste. 520, Pasadena, CA 91101-1919 |
| aty | + | Michael S Kogan, Kogan Law Firm, APC, 11500 W. Olympic Blvd., Ste 400, Los Angeles, CA 90064-1525 |
| pla | | Adi Vendriger, 8 Beit Zuri Eliahu St., Tel Aviv, 6912208, ISRAEL |
| dft | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Adi Vendriger |
| intp | | Courtesy NEF |
| pla | * | Adi Vendriger, 8 Beit Zuri Eliahu Street, Tel Aviv, 6912208, ISRAEL |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

**Name**      **Email Address**

Brett J. Wasserman
    on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Clarisse Young
    on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 24, 2024 | Form ID: pdf045 | Total Noticed: 4

Eric J Olson
        on behalf of Defendant Leslie Klein eric@ejolsonlaw.com

Michael I. Gottfried
        on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
        cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Nikko Salvatore Stevens
        on behalf of Interested Party Courtesy NEF nikko@cym.law mandi@cym.law

United States Trustee (LA)
        ustpregion16.la.ecf@usdoj.gov

TOTAL: 6

**SHUMAKER MALLORY LLP**
Clarisse Young Shumaker (SBN 106505)
youngshumaker@smcounsel.com
Brett J. Wasserman (SBN 315058)
wasserman@smcounsel.com
280 S. Beverly Dr., Suite 505
Beverly Hills, CA 90212
**Mailing Address**
1 Ringbit Rd. W.
Rolling Hills, CA 90274
Telephone: (213) 793-2020
Facsimile: (213) 674-4268

Attorneys for Creditor and Plaintiff ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990

**FILED & ENTERED**

APR 23 2024

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may         DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>　　　　Debtor and Debtor in Possession.<br><br>ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No.: 2:23-ap-01151-SK<br><br>Hon. Sandra R. Klein<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [Doc-69]**<br><br>**Date:** April 17, 2024<br>**Time:** 9:00 a.m.<br>**Place:** 255 E. Temple Street, Los Angeles<br>**Crtm:** 1575 |

At the above-captioned time and place, the Honorable Sandra R. Klein, United States Bankruptcy Judge, heard and considered Plaintiff's, ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990 ("Plaintiff") "Motion for Default Judgment" ("Motion") [Docket #69] in the above-captioned adversary proceeding. Appearances were made as noted on the record.

The Court considered the Motion, the "Supplemental to Motion for Default Judgment" ("Supplement") [Docket #71], Defendant Leslie Klein's ("Defendant") "Opposition of Defendant-Debtor to Motion for Default Judgment" ("Opposition") [Docket #75], and Plaintiff's "Reply to Opposition . . ." ("Reply") [Docket #76], statements by Defendant Klein, and the arguments from the respective parties' counsel of record, as set forth on the record during the hearing. The Court's oral ruling during the hearing in this matter constitutes the findings required under Fed. R. Civ. P. 52(a)(1) made applicable by Fed. R. Bank. P. 7502. Based on the foregoing and for good cause,

IT IS HEREBY ORDERED that the Motion is GRANTED for the amount of $1,468,054.76.

Plaintiff may, at its option, file a motion seeking pre-judgment and post-judgment interest. Such motion shall be filed on or before May 17, 2024 and set for hearing on regular notice.

A judgment (Judgment) in the amount of $1,468,054.76 will be entered concurrently with the issuance of this Order. Should Plaintiff proceed to file a motion seeking pre-judgment and post-judgment interest, the Judgment may be amended pending the Court's ruling on any such motion.

###

Date: April 23, 2024

Sandra R. Klein
United States Bankruptcy Judge