| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric J. Olson 37630<br>EJOlsonLaw<br>301 East Colorado Boulevard, Suite 520<br>Pasadena, California 91101<br>T: 818-245-2246<br>C: 626-224-5619<br>E: Eric@EJOlsonLaw.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Leslie Klein | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Leslie Klein<br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>ADVERSARY NO.: 2:23-ap-01151-SK<br>(if applicable)<br>CHAPTER: 11 |
|---|---|
| Adi Vendriger, CoTrustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990<br><br>Plaintiff(s) (*if applicable*).<br>vs.<br>Leslie Klein<br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Leslie Klein

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2: Identify the subject of this appeal**

1.  Describe the judgment—or the appealable order or decree—from which the appeal is taken:
    Order Granting Plaintiff's Motion for Default Judgment [Doc-69]

2.  State the date on which the judgment—or the appealable order or decree—was entered: 04/23/2024

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party:  Adi Vendriger

    Attorney:

    Clarisse Young Shumaker / Brett J. Wasserman
    280 South Beverly Drive, Suite 505
    Beverly Hills, California 90212
    T: 213-793-2020
    F: 213-674-4268

2.  Party:

    Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Date: 04/24/2024

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

1  **SHUMAKER MALLORY LLP**
2  Clarisse Young Shumaker (SBN 106505)
   youngshumaker@smcounsel.com
3  Brett J. Wasserman (SBN 315058)
   wasserman@smcounsel.com
4  280 S. Beverly Dr., Suite 505
   Beverly Hills, CA 90212
5  **Mailing Address**
   1 Ringbit Rd. W.
6  Rolling Hills, CA 90274
7  Telephone: (213) 793-2020
   Facsimile: (213) 674-4268
8
9  Attorneys for Creditor and Plaintiff ADI VENDRIGER, Co-Trustee
   and beneficiary of The First Amendment Trust Wendriger
10 Family Dated May 7, 1990

> **FILED & ENTERED**
>
> **APR 23 2024**
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY may        DEPUTY CLERK

11              **UNITED STATES BANKRUPTCY COURT**
12               **CENTRAL DISTRICT OF CALIFORNIA**
                    **LOS ANGELES DIVISION**
13
14 In re:                                    )  Case No.  2:23-bk-10990-SK
                                             )
15 LESLIE KLEIN,                             )  Chapter 11
                                             )
16         Debtor and Debtor in Possession.  )  Adv. Case No.:  2:23-ap-01151-SK
                                             )
17 ─────────────────────────────────────     )  Hon. Sandra R. Klein
                                             )
18 ADI VENDRIGER, Co-Trustee and            )  **ORDER GRANTING PLAINTIFF'S**
   beneficiary of the First Amendment Trust )  **MOTION FOR DEFAULT JUDGMENT**
19 Wendriger Family Dated May 7, 1990,       )  **[Doc-69]**
                                             )
20         Plaintiff,                        )  **Date:  April 17, 2024**
21                                           )  **Time:  9:00 a.m.**
                                             )  **Place: 255 E. Temple Street, Los Angeles**
22      v.                                   )  **Crtm: 1575**
                                             )
23 LESLIE KLEIN and DOES 1 through 10,      )
                                             )
24                                           )
           Defendants.                       )
25                                           )
                                             )
26
27

1   At the above-captioned time and place, the Honorable Sandra R. Klein, United States

2   Bankruptcy Judge, heard and considered Plaintiff's, ADI VENDRIGER, Co-Trustee and

3   beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990 ("Plaintiff")

4   "Motion for Default Judgment" ("Motion") [Docket #69] in the above-captioned adversary

5   proceeding. Appearances were made as noted on the record.

6       The Court considered the Motion, the "Supplemental to Motion for Default Judgment"

7   ("Supplement") [Docket #71], Defendant Leslie Klein's ("Defendant") "Opposition of Defendant-

8   Debtor to Motion for Default Judgment" ("Opposition") [Docket #75], and Plaintiff's "Reply to

9   Opposition . . ." ("Reply") [Docket #76], statements by Defendant Klein, and the arguments from

10  the respective parties' counsel of record, as set forth on the record during the hearing.  The Court's

11  oral ruling during the hearing in this matter constitutes the findings required under Fed. R. Civ. P.

12  52(a)(1) made applicable by Fed. R. Bank. P. 7502.  Based on the foregoing and for good cause,

13      IT IS HEREBY ORDERED that the Motion is GRANTED for the amount of

14  $1,468,054.76.

15      Plaintiff may, at its option, file a motion seeking pre-judgment and post-judgment interest.

16  Such motion shall be filed on or before May 17, 2024 and set for hearing on regular notice.

17      A judgment (Judgment) in the amount of $1,468,054.76 will be entered concurrently with

18  the issuance of this Order.  Should Plaintiff proceed to file a motion seeking pre-judgment and

19  post-judgment interest, the Judgment may be amended pending the Court's ruling on any such

20  motion.

21                    ###

22

23  Date: April 23, 2024

24                    Sandra R. Klein
                      United States Bankruptcy Judge

25

26

27

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

301 East Colorado Boulevard, Suite 520, Pasadena, California 91101

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 **04/24/2024**   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

201

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra Klein

U.S. Bankruptcy Court

255 East Temple Street #1582

Los Angeles, California 90012

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 04/24/2024 | Jasper Pantaleon | |
| *Date* | *Printed Name* | *Signature* |

| In re: LESLIE KLEIN<br><br>Debtor(s)<br>ADI VENDRIGER, Co-Trustee, and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990 | Chapter: 11<br>Case No: 2:23-bk-10990-SK<br>Adv. No: 2:23-ap-01151-SK |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Reem J. Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jay Berger**  Michael.berger@bankruptcypower.com, Yathida.nipha@bankruptcypower.com, Michael.berger@ecf.inforuptcy.com
- **Greg P. Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- **Baruch C. Cohen**   bcc@baruchcohenesq.com, paralegal@baruchcohenesq.com
- **Theron S. Covey**   tcovey@raslg.com, sferry@raslg.com
- **Dane W. Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- **Robert P. Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com
- **Michael I. Gottfried**  mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jones**    Michael.jones4@usdoj.gov
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Steven M. Mayer**   smayer@mayerlawla.com
- **Krikor J. Meshefejian**   kjm@lnbyg.com
- **Joshua L. Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M. Sharf (TR)**   mark@sharflaw.com, c188@ecfcbis.com, sharf1000@gmail.com, 2180473420@filings.docketbird.com
- **Alan G. Tippie**    alan.tippie@gmlaw.com, atippie@ecf.courtdrive.com, karen.files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Michael L. Wachtell**   mwachtell@buchalter.com
- **John P. Ward** jward@attleseystorm.com, ezhang@attleseystorm.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P. Young**   paul@cym.law, jaclyn@cym.law
- **Roye Zur**    rzur@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, 1648609420@filings.docketbird.com

## II. SERVED BY U.S. MAIL

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple Street #1582
Los Angeles, California 90012