| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Eric J. Olson 37630<br>EJOlsonLaw<br>301 East Colorado Boulevard, Suite 520<br>Pasadena, California 91101<br>T: 818-245-2246<br>C: 626-224-5619<br>E: Eric@EJOlsonLaw.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Leslie Klein | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Leslie Klein<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>ADVERSARY NO.: 2:23-ap-01151-SK<br>(if applicable)<br>CHAPTER: 11 |
|---|---|
| Adi Vendriger, CoTrustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990<br><br>Plaintiff(s) (if applicable).<br>vs.<br>Leslie Klein<br><br><br><br>Defendant(s) (if applicable). | **AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Leslie Klein

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Judgment for Nondischargeability of Debt Pursuant to USC §523(A)(2)(A), 11 USC §523(A)(4), & 11 USC §523(A)(6) in the Amount of $1,468,054.76

2. State the date on which the judgment—or the appealable order or decree—was entered: 04/24/2024

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Adi Vendriger

   Attorney:

   Clarisse Young Shumaker / Brett J. Wasserman
   280 South Beverly Drive, Suite 505
   Beverly Hills, California 90212
   T: 213-793-2020
   F: 213-674-4268

2. Party:

   Attorney:

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_____    Date: 04/29/2024
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**SHUMAKER MALLORY LLP**
Clarisse Young Shumaker (SBN 106505)
youngshumaker@smcounsel.com
Brett J. Wasserman (SBN 315058)
wasserman@smcounsel.com
280 S. Beverly Dr., Suite 505
Beverly Hills, CA 90212
**Mailing Address**
1 Ringbit Rd. W.
Rolling Hills, CA 90274
Telephone: (213) 793-2020
Facsimile: (213) 674-4268

Attorneys for Creditor and Plaintiff ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990

FILED & ENTERED

APR 24 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor and Debtor in Possession.<br><br>ADI VENDRIGER, Co-Trustee and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE KLEIN and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>Adv. Case No.: 2:23-ap-01151-SK<br><br>Hon. Sandra R. Klein<br><br>**JUDGMENT FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 USC § 523(A)(2)(A), 11 USC § 523(A)(4), & 11 USC § 523(A)(6) IN THE AMOUNT OF $1,468,054.76**<br><br>Date: April 17, 2024<br>Time: 9:00 a.m.<br>Place: 255 E. Temple Street, Los Angeles<br>Crtm: 1575 |

**JUDGMENT IS ENTERED AS FOLLOWS:**

Based on the Court's ruling on Plaintiff's, ADI VENDRIGER, Co-Trustee and beneficiary of The First Amendment Trust Wendriger Family Dated May 7, 1990 ("Plaintiff") "Motion for Default Judgment" [Docket #s 69, 84], a non-dischargeable judgment is entered in favor of Plaintiff, and against Defendant, Leslie Klein, in the total amount of **$1,468,054.76**, pursuant to 11 USC § 523(A)(2)(A), 11 USC § 523(A)(4), and 11 USC § 523(A)(6).

**IT IS SO ORDERED.**

###

Date: April 24, 2024

Sandra R. Klein
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

301 East Colorado Boulevard, Suite 520, Pasadena, California 91101

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **04/24/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

29

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra Klein
U.S. Bankruptcy Court
255 East Temple Street #1582
Los Angeles, California 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/24/2024 (29) | Jasper Pantaleon | /s/ Pantaleon |
|---|---|---|
| Date | Printed Name | Signature |

| In re: LESLIE KLEIN<br>Debtor(s)<br>ADI VENDRIGER, Co-Trustee, and beneficiary of the First Amendment Trust Wendriger Family Dated May 7, 1990 | Chapter: 11<br>Case No: 2:23-bk-10990-SK<br>Adv. No: 2:23-ap-01151-SK |
|---|---|

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Reem J. Bello**       rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jay Berger**  Michael.berger@bankuptcypower.com, Yathida.nipha@bankruptcypower.com, Michael.berger@ecf.inforuptcy.com
- **Greg P. Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- **Baruch C. Cohen**     bcc@baruchcohenesq.com, paralegal@baruchcohenesq.com
- **Theron S. Covey**     tcovey@raslg.com, sferry@raslg.com
- **Dane W. Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- **Robert P. Goe**       kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com
- **Michael I. Gottfried**  mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
- **Brandon J. Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jones**       Michael.jones4@usdoj.gov
- **Ron Maroko**          ron.maroko@usdoj.gov
- **Steven M. Mayer**     smayer@mayerlawla.com
- **Krikor J. Meshefejian**  kjm@lnbyg.com
- **Joshua L. Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M. Sharf (TR)**  mark@sharflaw.com, c188@ecfcbis.com, sharf1000@gmail.com, 2180473420@filings.docketbird.com
- **Alan G. Tippie**      alan.tippie@gmlaw.com, atippie@ecf.courtdrive.com, karen.files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- **Gary Tokumori**       gtokumori@pmcos.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Michael L. Wachtell**  mwachtell@buchalter.com
- **John P. Ward** jward@attleseystorm.com, ezhang@attleseystorm.com
- **Clarisse Young**      youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P. Young**       paul@cym.law, jaclyn@cym.law
- **Roye Zur**    rzur@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, 1648609420@filings.docketbird.com

II. **SERVED BY U.S. MAIL**

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple Street #1582
Los Angeles, California 90012

- 1 -
**SERVICE LIST**